## UNITED STATES of America, Plaintiff–Appellee,

v.

## Michael A. SHINGLER, Defendant–Appellant.

### No. 01–7817.

United States Court of Appeals, Fourth Circuit.

Submitted March 14, 2002.

Decided March 22, 2002.

Michael A. Shingler, Appellant Pro Se. Kenneth E. Melson, Office of the United States Attorney, Alexandria, Virginia, for Appellee.

Before NIEMEYER and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Michael A. Shingler appeals the district court's order denying relief on his 28 U.S.C.A. § 2255 (West Supp.2001) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See United States v. Shingler,* Nos. CR–97–318; CA–01–1257–A (E.D. Va. filed Sept. 4, 2001; entered Sept. 5, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*